# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: January 6, 2015 |
| Court Reporter: Janet Coppock | Time: 4 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 14-CR-00138-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Barbara Skalla |
| | for Zachary Phillips |
| Plaintiff, | |
| vs. | |
| **BEVERLY KIM SANDERS,** | Matthew Belcher |
| Defendant. | |

## HEARING ON MOTION TO RECONSIDER BOND

**2:34 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

Defendant's Unopposed Motion for Reconsideration of Bond [Docket No. 60]

Mr. Belcher advises the Court that the defendant is requesting to withdraw the motion for reconsideration of bond.

No objection by Ms. Skalla.

Page Two
14-CR-00138-PAB
January 6, 2015

**ORDERED:** Defendant'S Unopposed Motion for Reconsideration of Bond [Docket No. 60], is **WITHDRAWN.**

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**2:37 p.m.     COURT IN RECESS**

**Total in court time:        4 minutes**

**Hearing concluded**