# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 3, 2015 |
| Court Reporter: Janet Coppock | Time: 14 minutes |
| Probation Officer: Jordan Buescher | Interpreter: n/a |

**CASE NO. 14-CR-00138-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Zachary Phillips |
| Plaintiff, | |
| vs. | |
| **BEVERLY KIM SANDERS,** | Matthew Belcher |
| Defendant. | |

### HEARING ON MOTION FOR RECONSIDERATION OF BOND

**2:36 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and in custody.

**Defendant's Unopposed Motion for Reconsideration of Bond Pursuant to 18 U.S.C. 3142(f)(2) [Docket No. 67]**

Argument by Mr. Belcher in support of the defendant's motion.

Proposed bond conditions tendered to the Court.

Comments by Mr. Phillips concurring with the proposed bond conditions.

Page Two
14-CR-00138-PAB
November 3, 2015

Comments by Mr. Buescher in response to the Court's questions.

Court states its findings and conclusions.

**ORDERED:** Defendant's Unopposed Motion for Reconsideration of Bond Pursuant to 18 U.S.C. 3142(f)(2) [Docket No. 67], is **GRANTED**.

**ORDERED:** Defendant is referred to Duty Magistrate Judge Watanabe for bond release.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**2:50 p.m.      COURT IN RECESS**

**Total in court time:        14 minutes**

**Hearing concluded**